Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Call Henry, Inc.    v.    U.S.

No. 16-1732

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Call Henry, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Brian Koji
Law Firm: Allen Norton & Blue, P.A.
Address: 324 South Hyde Park Ave., Suite 225
City, State and Zip: Tampa, FL 33606
Telephone: 813-251-1210
Fax #: 813-253-2006
E-mail address: bkoji@anblaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3-23-16

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Mar. 29, 2016    Signature of pro se or counsel /s/

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2016, a true and correct copy of the foregoing Entry of Appearance was electronically filed which will serve a notice of electronic filing by email to counsel of record, Robert Norway at Robert.m.norway@usdoj.gov.

/S/ Brian Koji
ATTORNEY